*Alexander C. Kellogg* v. *Ezekiel Rand et al.* H. Z. HAY-

NER, for appellant; D. BUEL, JUN., for respondents. Decree appealed from modified, and proceedings remitted.